NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1141

WIELAND-WERKE AG, PRYMETALL GMBH & CO. KG,
SCHWERMETALL HALBZEUGWERK GMBH & CO. KG,
and WIELAND METALS, INC.,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee,

and

EAGLE BRASS CO., HEYCO METALS, INC.,
LUVATA BUFFALO, INC. (now known as Luvata North America, Inc.),
OLIN CORPORATION-BRASS GROUP (now known as Global Brass and
Copper, Inc.), PMX INDUSTRIES, INC., REVERE COPPER PRODUCTS,
INC., and SCOTT BRASS,

Defendants-Appellees.

Michael T. Shor, Arnold & Porter, LLP, of Washington, DC, argued for plaintiffs-appellants.

Charles A. St. Charles, Attorney, Office of the General Counsel, United States International Trade Commission, of Washington, DC, argued for defendant-appellee United States. With him on the brief were James M. Lyons, General Counsel, and Andrea C. Casson, Assistant General Counsel for Litigation.

Kathleen W. Cannon, Kelley Drye & Warren, LLP, of Washington, DC, argued for defendants-appellees Eagle Brass Co., et al. With her on the brief were David A. Hartquist and Jeffrey S. Beckington.

Appealed from: United States Court of International Trade

Judge Evan J. Wallach

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2008-1141

### WIELAND-WERKE AG, PRYMETALL GMBH & CO. KG, SCHWERMETALL HALBZEUGWERK GMBH & CO. KG, and WIELAND METALS, INC.,

Plaintiffs-Appellants,

v.

### UNITED STATES,

Defendant-Appellee,

and

### EAGLE BRASS CO., HEYCO METALS, INC., LUVATA BUFFALO, INC. (now known as Luvata North America, Inc.), OLIN CORPORATION-BRASS GROUP (now known as Global Brass and Copper, Inc.), PMX INDUSTRIES, INC., REVERE COPPER PRODUCTS, INC., and SCOTT BRASS,

Defendants-Appellees.

# Judgment

ON APPEAL from the        United States Court of International Trade

In CASE NO(S).        06-00135.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam: (MAYER, LOURIE and SCHALL, Circuit Judges):

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATE: August 12, 2008        /s/ Jan Horbaly
Jan Horbaly, Clerk